UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES - GENERAL

Priority ____
Send ____
Enter ____
Closed ____
JS-5/JS-6 ____
Scan Only ____

**CASE NO.:** CV 13-08538 SJO (PJWx)  **DATE:** January 15, 2014

**TITLE:** In Re Subpoena to Dailey & Associates Inc.

========================================================================

**PRESENT:** THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

Victor Cruz                             Not Present
Courtroom Clerk                         Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF(S):**    **COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present                             Not Present

========================================================================

**PROCEEDINGS:** IN CHAMBERS

The Court is in receipt of the NOTICE of Voluntary Dismissal filed by plaintiffs H&R Block Eastern Enterprises Inc., H&R Block Enterprises LLC, H&R Block Management LLC, HRB Corporate Services LLC, HRB Innovations Inc., HRB Tax Group Inc. [12] filed 01/09/2014. Accordingly, the Court Orders this matter dismissed pursuant to the NOTICE of Voluntary Dismissal. Dismissal is without prejudice.